# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130614

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICK MENDOLA and
LAURA MENDOLA,
      Plaintiffs-Appellants,

v

AUDREY HARVEY,
      Defendant-Appellee.

SC: 130614
COA: 255697
Macomb CC: 2003-005277-CH

_____/

On order of the Court, the application for leave to appeal the January 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

t0724